**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

GRACE OWENS,

     Plaintiff,

v.

CIRCASSIA PHARMACEUTICALS, INC.,

     Defendant.

Civil Action No. 3:19-cv-02231-M

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw as Counsel (ECF No. 102).  The Motion is GRANTED.

IT IS ORDERED that David Norris is withdrawn as attorney of record for Plaintiff.

**SO ORDERED**.

May 18, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1