IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GRACE OWENS,<br><br>   Plaintiff,<br><br>v.<br><br>CIRCASSIA PHARMACEUTICALS, INC.,<br><br>   Defendant. | Civil Action No. 3:19-cv-02231-M |

## ORDER

The Court previously granted Defendant Circassia Pharmaceuticals, Inc.'s Motion for Summary Judgment (ECF No. 72). In accordance with that Order, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Grace Owens take nothing on her claims against Defendant. All costs of court are taxed against Plaintiff.

**SO ORDERED**.

June 29, 2021.

_____
BARBARA M.G. LYNN
CHIEF JUDGE

1