IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GRACE OWENS, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| vs. § | Civil Action 3:19-cv-02231-M |
| § | |
| CIRCASSIA PHARMACEUTICALS INC., § | |
| § | |
| *Defendant.* § | |

## NOTICE OF APPEAL

TO THE HONORABLE BARBARA M. G. LYNN:

Notice is hereby given that Plaintiff Grace Owens in the above-entitled case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following:

1. the order (ECF No. 112), dated June 29, 2021, granting Defendant Circassia Pharmaceuticals Inc.'s Motion for Summary Judgment; and

2. the order (ECF No. 114), dated June 29, 2021, ordering Plaintiff Grace Owens take nothing on her claims against Defendant.

Respectfully submitted,

 */s/ Brian P. Sanford*
　　Brian P. Sanford
　　Texas Bar No. 17630700
　　bsanford@sanfordfirm.com
　　Elizabeth "BB" Sanford
　　Texas Bar No. 24100618
　　esanford@sanfordfirm.com

THE SANFORD FIRM
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph:  (214) 717-6653
Fax: (214) 919-0113

**ATTORNEYS FOR PLAINTIFF
GRACE OWENS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 27, 2021, I electronically served the foregoing document on all counsel of record via the Court's electronic filing system.

<u>/s/ Brian P. Sanford</u>